# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0258
_____

MICHAEL J. JOHNSON,

    Petitioner,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

    Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


March 11, 2019


PER CURIAM.

The petition for belated appeal is denied. *See Green v. Dep't of Corrs.*, 122 So. 3d 932 (Fla. 1st DCA 2013).

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Michael J. Johnson, pro se, Petitioner.

Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Respondent.